# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FERNANDEZ, an individual, ALEX YOUNG, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-cv-06104-MWF-JC<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER <u>WITH CORRECTION</u>** |

IT IS HEREBY ORDERED, upon review of the Stipulated Protective Order filed in the above-captioned matter on February 14, 2018, and for good cause shown, that the Stipulated Protective Order is GRANTED, **with the following modification: In paragraph 5.3, the cross-reference to paragraph 6.3 is corrected to paragraph 6**.

IT IS SO ORDERED.

DATED:  February 14, 2018

_____/s/_____
HON. JACQUELINE CHOOLJIAN
United States Magistrate Judge