FILED
CLERK, U.S. DISTRICT COURT
4/6/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE FERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | **CV 17-6104 MWF (JCx)** <br><br> **ORDER GRANTING MOTIONS TO CONSOLIDATE ACTIONS** <br><br> **(DOCKET NO. 26)** |
| JOSHUA B. BOSWELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | **CV 17-6120 MWF (RAOx)** <br><br> **(DOCKET NO. 27)** |

Counsel for Plaintiffs in the above entitled actions, having moved for orders transferring and consolidating *Fernandez, et al. v. Bank of America, N.A., et al.*, Case No. 2:17-cv-06104-MWF-JCx ("Fernandez") (Docket No. 26) and *Boswell,*

*et al. v. Bank of America, et al.*, Case No 2:17-cv-06120-MWF-RAOx ("Boswell") (Docket No. 27); and the grounds for transfer and consolidation under Rule 42(a) of the Federal Rules of Civil Procedure being established,

IT IS HEREBY ORDERED that

1. Both cases have now been transferred to the docket of this Court;
2. Plaintiffs' motions are GRANTED;
3. The Motion to Certify Class filed in the *Boswell* action (Docket No. 26) is denied without prejudice, and may be re-filed subject to the schedule established by the Court;
4. The *Fernandez* action and the *Boswell* action are consolidated for all purposes, including pre-trial and trial activities;
5. The Clerk shall terminate the *Boswell* action, and all filings shall only be made in the *Fernandez* (CV 17-6104 MWF (JCx)) action;
6. Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge shall be directed to Magistrate Judge Jacqueline Chooljian; and
7. The Court will schedule a Status Conference to discuss scheduling in the consolidated actions.

IT IS SO ORDERED.

Dated: April 6, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: Reassignment Clerk