Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Graham G. Lambert, SBN 303056
(gl@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa St., Suite 2325
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Paul Stevens, SBN: 207107
(pstevens@stevenslc.com)
**STEVENS, L.C.**
700 S. Flower Street, Suite 660
Los Angeles, California 90071
Telephone: (213) 270-1211
Facsimile: (213) 270-1223

Attorneys for Plaintiffs JOSE FERNANDEZ, ET. AL.

Mark R. Thierman, Cal. Bar No. 72913
(mark@thiermanbuck.com)
Joshua D. Buck, Cal. Bar No. 258325
(josh@thiermanbuck.com)
Leah L. Jones, Cal. Bar No. 276448
(leah@thiermanbuck.com)
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

Attorneys for Plaintiffs JOSHUA B. BOSWELL, ET. AL.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FERNANDEZ, ET AL, <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive, <br><br>Defendant. | **NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS FOR VIOLATION OF LOCAL RULE 83-1.4** <br><br>Case No. 2:17-cv-06104-MWF-JC |
| JOSHUA B. BOSWELL, ET. AL., <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA CORPORATION, ET. AL.; <br><br>Defendant. | Consolidated with Case No.: 2:17-cv-06120-GW-RAO <br><br>Hearing Date: March 25, 2019 <br>Hearing Time: 10:00 a.m. <br>Courtroom: 5A <br><br>(Assigned To Hon. Michael W. Fitzgerald) |

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the attached [Proposed] Order Granting Plaintiffs' Motion for Sanctions for Violation of Local Rule 83-1.4.

Dated: March 5, 2019

THIERMAN BUCK LLP

*/s/Mark R. Thierman*
Mark R. Thierman, Esq.
Nevada Bar No. 8285
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Leah L. Jones, Esq.
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*