Joshua H. Haffner, Cal. Bar No. 188652
(jhh@haffnerlawyers.com)
Graham G. Lambert, Cal. Bar No. 303056
(gl@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa St., Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Paul D. Stevens, Cal. Bar No. 207107
(pstevens@stevenslc.com)
**STEVENS, LC**
700 S. Flower Street, Suite 660
Los Angeles, California 90017
Telephone: (213) 270-1211
Facsimile: (213) 270-1223

Attorneys for Plaintiffs JOSE FERNANDEZ, ET. AL.

Mark R. Thierman, Cal. Bar No. 72913
(mark@thiermanbuck.com)
Joshua D. Buck, Cal. Bar No. 258325
(josh@thiermanbuck.com)
Leah L. Jones, Cal. Bar No. 276448
leah@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

Attorneys for Plaintiffs JOSHUA B. BOSWELL, ET. AL.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE FERNANDEZ, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive, <br><br> Defendant. <br><br> JOSHUA B. BOSWELL, ET. AL., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, ET. AL.; <br><br> Defendant. | **Case No. 2:17-cv-06104-MWF-JC** <br> (consolidated with Case No.: 2:17-cv-06120-GW-RAO) <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO ADD KAREN LAMBROSE AND WARDA RUHIN AS A PUTATIVE CLASS REPRESENTATIVES** <br><br> Hearing Date: April 22, 2019 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 5A <br><br> (Assigned to Hon. Michael W. Fitzgerald) |

Notice of Withdrawal of Plaintiffs' Motion for leave to add Karen Lambrose and Warda Ruhin as a Putative Class Representative

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiffs Jose Fernandez, Alex Yong, and Joshua Boswell hereby withdraw Plaintiffs' Motion for leave to add Karen Lambrose and Warda Ruhin as a punitive class representative, Docket No. 67.

Dated:  April 3, 2019

**HAFFNER LAW PC**
**STEVENS L.C.**
**THIERMAN BUCK**

By: /s/ Joshua H. Haffner
Joshua H. Haffner
Attorneys for Plaintiffs-Petitioners