1

2  Joshua H. Haffner, SBN 188652  Mark R. Thierman, Cal. Bar No. 72913
   (jhh@haffnerlawyers.com)  (mark@thiermanbuck.com)
3  Graham G. Lambert, SBN 303056  Joshua D. Buck, Cal. Bar No. 258325
   (gl@haffnerlawyers.com)  (josh@thiermanbuck.com)
4  **HAFFNER LAW PC**  Leah L. Jones, Cal. Bar No. 276448
   445 South Figueroa St., Suite 2325  (leah@thiermanbuck.com)
5  Los Angeles, California 90071  **THIERMAN BUCK LLP**
   Telephone: (213) 514-5681  7287 Lakeside Drive
6  Facsimile: (213) 514-5682  Reno, NV 89511
                            Tel. (775) 284-1500
7  Paul D. Stevens, SBN: 207107  Fax. (775) 703-5027
   (pstevens@stevenslc.com)
8  **STEVENS, LC**  Attorneys for Plaintiffs JOSHUA B.
   700 S. Flower Street, Suite 660  BOSWELL, ET. AL.
9  Los Angeles, California 90017
   Telephone: (213) 270-1211
10 Facsimile: (213) 270-1223

11 Attorneys for Plaintiffs JOSE
   FERNANDEZ, ET. AL.

12

13                **UNITED STATES DISTRICT COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15 JOSE FERNANDEZ, ET AL,              **JOINT NOTICE OF SETTLEMENT
                                        AND REQUEST TO HOLD ALL
16        Plaintiffs,                   FURTHER PROCEEDINGS IN
                                        ABEYANCE**
17        v.
                                        Case No.  2:17-cv-06104-MWF-JC
18 BANK OF AMERICA, N.A.; and
   DOES 1 through 10, inclusive,
19
          Defendant.
20

21 ─────────────────────────            Consolidated with Case No.: 2:17-cv-
                                        06120-GW-RAO
22 JOSHUA B. BOSWELL, ET. AL.,

23        Plaintiffs,

24        v.                            (Assigned To Hon. Michael W. Fitzgerald)

25 BANK OF AMERICA
   CORPORATION, ET. AL.;
26
          Defendant.
27

28

1

2   **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**

3   **RECORD:**

4          Plaintiffs Jose Fernandez, Alex Yong and Joshua Boswell ("Plaintiffs") and

5   Defendants Bank of America N.A. and Bank of America Corporation

6   ("Defendants") (collectively "the Parties"), hereby notify the Court that the Parties

7   have entered into a tentative settlement that would resolve the above-captioned

8   consolidated *Boswell/Fernandez* matter in its entirety.

9          The Parties agreed to mediate the above-captioned consolidated action in light

10   of Defendants' tentative collective and class settlement that was reached in the

11   *Flanagan* action currently pending in New York state court.  (*See* ECF No. 64)

12   (referencing the *Flanagan* tentative settlement).[1] As this Court is aware, Defendants

13   had agreed to resolve similar claims as those alleged here in the *Flanagan* action on

14   December 21, 2018.

15          In an attempt to resolve the issues between the Parties, Plaintiffs and

16   Defendants engaged in a full day mediation before a third party neutral (David A.

17   Rotman), which resulted in a tentative settlement. Defendants have agreed to

18   contribute additional money to the *Flanagan* tentative collective and class settlement

19   in order to resolve all the claims brought in the *Flanagan* action and the above-

20   captioned consolidated *Boswell/Fernandez* action.

21          Based on the aforementioned, the Parties respectfully request that this Court

22   hold all further proceedings in abeyance pending approval of the Parties' tentative

23   collective and class action settlement.  There are no pending motions to be ruled on

24   by this Court and there are no deadlines associated with the above-captioned

25

26   _____

27   [1] The New York court preliminarily approved the *Flanagan* collective and class
     settlement and denied Plaintiff Yong's motion to intervene in the *Flanagan* action

28   on April 17, 2019.

consolidated *Boswell/Fernandez* action.

Respectfully Submitted,

DATED:  April 22, 2019          **THIERMAN BUCK LLP**
By:  /s/ *Mark R. Thierman*
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
Attorneys for Plaintiff Joshua Boswell

DATED:  April 22, 2019          **HAFFNER LAW PC**
By:  /s/ *Joshua H. Haffner*
Joshua H. Haffner
Attorneys for Plaintiffs Jose
Fernandez and Alex Yong

DATED:  April 22, 2019          **STEVENS, L.C.**
By:  /s/ *Paul D. Stevens*
Paul D. Stevens
Attorneys for Plaintiffs Jose Fernandez
and Alex Yong